WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
JOSEPH L. McGEADY (308408)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: mlyftogt@wilsonturnerkosmo.com
E-mail: jmcgeady@wilsonturnerkosmo.com

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

BROCK & GONZALES, LLP
TIMOTHY GONZALES (234923)
D. AARON BROCK (241919)
LINDSAY L. BOWDEN (318685)
6701 Center Drive West, Suite. 610
Los Angeles. CA 90045
Telephone: (310) 294-9595
Facsimile: (310) 961-3673
E-mail: tg@brockgonzales.com
E-mail: ab@brockgonzales.com
E-mail: lb@brockgonzales.com

Attorneys for Plaintiff
MARY SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SMITH, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-02448-MCE-DMC<br><br>**STIPULATION TO BINDING ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION; ORDER THEREON**<br><br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor<br><br>Magistrate: Hon. Dennis M. Cota<br>Courtroom: 304<br><br>Trial Date: Not Set<br>Complaint Filed: October 29. 2019 |

| | |
|---|---|
| 1 | **WHEREAS**, on October 29, 2019 Plaintiff Mary Smith ("Plaintiff") |
| 2 | commenced the instant lawsuit in the Superior Court of the State of California, |
| 3 | County of Butte, against Defendant United Healthcare Services, Inc. ("Defendant") |
| 4 | entitled *Mary Smith v. United Healthcare Services, Inc.*, Case No. 19CV03254, in |
| 5 | which Plaintiff alleges (1) disability discrimination in violation of the Fair |
| 6 | Employment and Housing Act ("FEHA"); (2) failure to accommodate in violation of |
| 7 | the FEHA; (3) failure to engage in the interactive process in violation of the FEHA; |
| 8 | (4) retaliation in violation of the FEHA; (5) failure to prevent in violation of the |
| 9 | FEHA; (6) interference with California Family Rights Act ("CFRA") rights; (7) |
| 10 | retaliation in violation of the CFRA; (8) interference with Family and Medical Leave |
| 11 | Act ("FMLA") rights; (9) retaliation in violation of the FMLA; (10) wrongful |
| 12 | termination in violation of public policy; (11) declaratory relief; and (12) injunctive |
| 13 | relief ("the Action"); |
| 14 | **WHEREAS**, On November 7, 2019 Plaintiff served Defendant with this |
| 15 | lawsuit; |
| 16 | **WHEREAS**, on December 6, 2019, Defendant timely removed the Action to |
| 17 | this Court on the basis of diversity and federal question jurisdiction pursuant to 28 |
| 18 | U.S.C. §§ 1331, 1332, and 1441; |
| 19 | **WHEREAS**, on January 23, 2020, Defendant filed a motion to compel |
| 20 | arbitration of all of Plaintiff's claims; |
| 21 | **WHEREAS**, Plaintiff and Defendant (collectively, "the Parties") have now |
| 22 | agreed to arbitrate Plaintiff's claims pursuant to the UnitedHealth Group Employment |
| 23 | Arbitration Policy ("Arbitration Agreement") signed by Plaintiff and attached hereto |
| 24 | as **Exhibit A**; |
| 25 | **WHEREFORE**, the Parties and their attorneys of record stipulate and jointly |
| 26 | move as follows: |
| 27 | |
| 28 | |

1. The Action shall be submitted to binding arbitration with the American Arbitration Association pursuant to the terms and conditions set forth in the Arbitration Agreement.

2. Plaintiff reserves the right to challenge the enforceability of the Arbitration Agreement before the American Arbitration Association pursuant to the terms and conditions set forth in the Arbitration Agreement.

3. The Parties request that the Court stay this action pending completion of arbitration proceedings.

Dated: February 20, 2020  **WILSON TURNER KOSMO LLP**

By: _/s/Joseph L. McGeady_
    MARISSA L. LYFTOGT
    JOSEPH L. McGEADY
    Attorneys for Defendants
    UNITED HEALTHCARE SERVICES, INC.

Dated: February 20, 2020  **BROCK & GONZALES, LLP**

By: _/s/ Lindsey L. Bowden_ (as authorized on February 12, 2020)
    D. AARON BROCK
    LINDSAY L. BOWDEN
    Attorneys for Plaintiff
    MARY SMITH

IT IS SO ORDERED.

DATED: February 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE