1 | WILSON TURNER KOSMO LLP
2 | MARISSA L. LYFTOGT (259559)
  | JOSEPH L. McGEADY (308408)
3 | 402 West Broadway, Suite 1600
  | San Diego, California  92101
4 | Telephone:  (619) 236-9600
  | Facsimile:   (619) 236-9669
5 | E-mail: mlyftogt@wilsonturnerkosmo.com
  | E-mail: jmcgeady@wilsonturnerkosmo.com

6 | Attorneys for Defendant
  | UNITED HEALTHCARE SERVICES, INC.
7 |
8 | BROCK & GONZALES, LLP
  | PAUL HIRSCH (327374)
9 | 6701 Center Drive West, Suite. 610
  | Los Angeles. CA 90045
10| Telephone: (310) 294-9595
  | Facsimile: (310) 961-3673
11| E-mail: ph@brockgonzales.com

12| Attorneys for Plaintiff
  | MARY SMITH
13|

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:19−cv−02448−MCE−DMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor<br><br>Magistrate: Hon. Dennis M. Cota<br>Courtroom: 304<br><br>Trial Date:  Not Set<br>Complaint Filed:    October 29. 2019 |

///

///

///

///

TO ALL PARTIES AND THIS HONORABLE COURT:

**IT IS HEREBY STIPULATED,** by and between the parties, through their designated counsel, that Plaintiff MARY SMITH dismisses her Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This dismissal is pursuant to a settlement reached among the parties.  Each party shall bear its own fees and costs.

Dated:  November 1, 2021    **WILSON TURNER KOSMO LLP**

By:  /s/*Marissa L.Lyftogt*
MARISSA L. LYFTOGT
JOSEPH L. McGEADY
Attorneys for Defendants
UNITED HEALTHCARE SERVICES. INC.

Dated:  October 26, 2021    **BROCK & GONZALES, LLP**

By:  /s/*Paul Hirsch* (as authorized on October 26, 2021)
PAUL HIRSCH
Attorneys for Plaintiff
MARY SMITH

### ORDER

In accordance with the foregoing stipulation between the parties, and good cause appearing, this case is hereby DISMISSED, with prejudice, each side to bear its own fees and costs.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED:  November 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE